# Office of the Chapter 13 Standing Trustee

*Isabel C. Balboa, Chapter 13 Standing Trustee†*

Jane L. McDonald, Counsel
Raymond H. Shockley, Jr. Staff Attorney
Jennifer R. Gorchow, Staff Attorney

Kelleen E. Stanley*
Jennie P. Archer*
Jenai M. Cerquoni*

*Certified Bankruptcy Assistant
†Fellow, American College of Bankruptcy

November 6, 2017

The Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court
P.O. Box 2067
Camden, New Jersey 08102

RE:    Chapter 13 Bankruptcy
        Debtor(s) Name:    Karl Kramer and Dawn Kramer
        Case No:    17-19125   JNP
        Hearing Date:    N/A

Dear Judge Poslusny:

    Please accept this letter as a response to Debtor(s)' motion/application filed on October 28, 2017 for the above-captioned matter. The proposed form of order filed with the Motion/Application, indicates expenses in the amount of $31.00. However, the certification in support of debtor's counsel supplemental fee does not reflect this amount as a non-standard fee describing the non-services and/or expense in detail.

**Please note that Debtor(s)' counsel will be required to submit the amended Order to the Judge's Chambers with a copy to this office under the Seven (7) Day Rule.**

As always, the Court is welcome to contact the Trustee with any concerns.

    Respectfully submitted,

    *OFFICE OF THE CHAPTER 13*
    *STANDING TRUSTEE*

    */s/ Isabel C. Balboa*

    **ISABEL C. BALBOA**
    Chapter 13 Standing Trustee

ICB:lka

c:    Brad J. Spiller, Esquire   (Debtor(s) Attorney)    (Via Electronic Case Filing / ECF)
      Karl Kramer and Dawn Kramer   (Debtors')   (Via First Class Mail)

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

Payments Only:

P.O. Box 1978
Memphis, TN 38101-1978