|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>GSAA Home Equity Trust, et al. |
| In Re:<br><br>Karl Kramer & Dawn Kramer,<br><br>Debtors. |

Order Filed on November 28, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey

Case No.:  17-19125-JNP
Adv. No.:
Hearing Date:  12/20/2017 @9:00 a.m.
Judge:  Jerrold N. Poslusny, Jr.

**ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTORS' CHAPTER 13 PLAN**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: November 28, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2
Debtor:       Karl Kramer & Dawn Kramer
Case No.:     17-19125-JNP
Caption:      **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTORS' CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, GSAA Home Equity Trust 2005-14, U.S. Bank National Association as Trustee, successor in interest to Wachovia Bank, National Association as Trustee, holder of a mortgage on real property located at 5420 Garfield Avenue, Pennsauken Township, NJ 08109, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Andrew Archer, Esquire, attorney for Debtors, Karl Kramer & Dawn Kramer, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Debtors shall pay the arrearage claim of Secured Creditor in full, which is claim # 2 on the claims register and contains pre-petition arrears of $3,447.15, through the Chapter 13 plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtors reserve the right to object to Secured Creditor's proof of claim; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:  
Karl Kramer  
Dawn Kramer  
    Debtors

Case No. 17-19125-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Nov 28, 2017  
               Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2017.  
db/jdb        +Karl Kramer,    Dawn Kramer,    5420 Garfield Avenue,    Pennsauken, NJ 08109-1130

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2017                                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2017 at the address(es) listed below:

         Andrew Thomas Archer    on behalf of Debtor Karl  Kramer aarcher@brennerlawoffice.com,  
          bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com  
         Andrew Thomas Archer    on behalf of Joint Debtor Dawn  Kramer aarcher@brennerlawoffice.com,  
          bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com  
         Denise E. Carlon    on behalf of Creditor   GSAA Home Equity Trust 2005-14, U.S. Bank National  
          Association, as Trustee, successor in interest to Wachovia Bank, National Association, as  
          Trustee dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,  
          summarymail@standingtrustee.com  
         Laura M. Egerman    on behalf of Creditor   Nationstar Mortgage LLC bkyecf@rasflaw.com,  
          bkyecf@rasflaw.com;legerman@rasnj.com  
         Stephen M. Hladik    on behalf of Creditor   Gody Props LLC shladik@hoplawyers.com,  
          gcaldiero@hoplawyers.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                                                                                TOTAL: 8