| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| RAS Citron, LLC<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys For Secured Creditor<br><br>Laura Egerman, Esq. (LE-8250) | CASE NO.: 17-19125-JNP<br><br>CHAPTER 13 |
| In Re:<br><br>KARL KRAMER and<br>DAWN KRAMER ,<br><br>   Debtors. | |

Order Filed on December 15, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey

## ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN

The relief set forth on the following page, is hereby **ORDERED**.

**DATED: December 15, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

THIS MATTER having come before the Court on the Objection to Confirmation of Debtors' Chapter 13 plan filed by Secured Creditor, NATIONSTAR MORTGAGE LLC ("Secured Creditor") on real property address 224 Keystone Avenue, Blackwood, NJ 08012 (the "Property"), through its counsel RAS Citron, LLC; and debtors, Karl Kramer and Dawn Kramer, through their counsel Brenner, Brenner & Spiller; and the parties having resolved the objection; and good cause having been shown; it is

IT IS HEREBY ORDERED as follows:

1. This order shall be incorporated in and become a part of any Order Confirming the Chapter 13 Plan in the herein matter.

2. The automatic stay is vacated as to Debtors' interest in the Property.

3. Secured Creditor shall serve this Order on the Debtor(s), any trustee, and any other party who entered an appearance on the motion

The undersigned hereby consent to the form and entry of the foregoing order.

Andrew T. Archer, Esq.
*Attorney for Debtors*

Laura M. Egerman, Esq.
*Attorney for Secured Creditor*