| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| RAS Citron, LLC<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys For Secured Creditor<br><br>Laura Egerman, Esq. (LE-8250) | CASE NO.: 17-19125-JNP<br><br>CHAPTER 13 |
| In Re:<br><br>KARL KRAMER and<br>DAWN KRAMER,<br><br>    Debtors. | |

Order Filed on December 15, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey

## ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN

The relief set forth on the following page, is hereby **ORDERED.**

**DATED: December 15, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

THIS MATTER having come before the Court on the Objection to Confirmation of Debtors' Chapter 13 plan filed by Secured Creditor, NATIONSTAR MORTGAGE LLC ("Secured Creditor") on real property address 224 Keystone Avenue, Blackwood, NJ 08012 (the "Property"), through its counsel RAS Citron, LLC; and debtors, Karl Kramer and Dawn Kramer, through their counsel Brenner, Brenner & Spiller; and the parties having resolved the objection; and good cause having been shown; it is

IT IS HEREBY ORDERED as follows:

1. This order shall be incorporated in and become a part of any Order Confirming the Chapter 13 Plan in the herein matter.

2. The automatic stay is vacated as to Debtors' interest in the Property.

3. Secured Creditor shall serve this Order on the Debtor(s), any trustee, and any other party who entered an appearance on the motion

The undersigned hereby consent to the form and entry of the foregoing order.

Andrew T. Archer, Esq.
*Attorney for Debtors*

Laura M. Egerman, Esq.
*Attorney for Secured Creditor*

United States Bankruptcy Court
District of New Jersey

In re:  
Karl Kramer  
Dawn Kramer  
    Debtors

Case No. 17-19125-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin        Page 1 of 1        Date Rcvd: Dec 15, 2017  
                        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2017.  
db/jdb        +Karl Kramer,   Dawn Kramer,   5420 Garfield Avenue,   Pennsauken, NJ 08109-1130

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2017                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2017 at the address(es) listed below:  
        Andrew Thomas Archer   on behalf of Debtor Karl  Kramer aarcher@brennerlawoffice.com, bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com  
        Andrew Thomas Archer   on behalf of Joint Debtor Dawn  Kramer aarcher@brennerlawoffice.com, bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com  
        Denise E. Carlon   on behalf of Creditor   GSAA Home Equity Trust 2005-14, U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Isabel C. Balboa   ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Laura M. Egerman   on behalf of Creditor   Nationstar Mortgage LLC bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
        Stephen M. Hladik   on behalf of Creditor   Gody Props LLC shladik@hoplawyers.com, gcaldiero@hoplawyers.com  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                           TOTAL: 8