UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
HLADIK, ONORATO & FEDERMAN, LLP
Stephen M. Hladik, Esquire
NJ Attorney ID # 047471992
Attorney for Movant
298 Wissahickon Avenue
North Wales, PA 19454
(215) 855-9521
Attorneys for GODY PROPS, LLC

Order Filed on December 20, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey

In Re:

KARL KRAMER and DAWN KRAMER,

Debtors.

Case No. 17-19125-JNP

Hearing Date 12/20/17 @ 9:00 AM

Judge: Jerrold N. Poslusny

## ORDER RESOLVING GODY PROPS, LLC'S OBJECTION TO CONFIRMATION OF THE PLAN

The relief set forth the on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

Dated:

DATED: December 20, 2017

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtors: KARL KRAMER and DAWN KRAMER Case No. 17-19125-JNP
Caption: Order Resolving Gody Props, LLC's Objection to Confirmation of the Plan

Upon consideration of Gody Props LLC's Objection to Confirmation of the Plan (hereinafter "Movant" or "Creditor") and the Court noting the consent of the parties to the form, substance and entry of the within Order; it is hereby;

**ORDERED** as follows:

1. The secured creditor, Gody Props, LLC (hereinafter "Movant" or "Creditor") holds a secured second mortgage claim against the Debtors' property, located at: 5420 Garfield Avenue, Pennsauken, NJ 08109.

2. Debtors shall pay Movant the amount of $200.00 per month, outside the plan, for a period of 40 months, beginning with a payment due on January 1, 2018, and on the first of each month thereafter, through and including April 1, 2021, for a total amount of $8,000.00.

3. There shall be no pre-payment penalty.

4. Movant agrees that the lien will be released upon receipt of the full $8,000.00.

5. If the Debtors should default and fail to make the payments stated herein, then upon certification of non-receipt of said payments in accordance herewith, the Creditor may give Debtors and Debtors' counsel notice of the default. If Debtors do not cure the default within ten (10) days of the notice, Movant may file with the Bankruptcy Court a certification specifying the Debtors' failure to comply with the terms of this Order, and the Court shall enter an Order, vacating the automatic stay of 11 U.S.C. §362(a).

6. This settlement shall be void upon the dismissal or conversion of this case.

7. This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

I/we consent to the form and entry of this Order.

/s/Stephen M. Hladik                  /s/ Andrew Thomas Archer
Stephen M. Hladik, Esquire            Andrew Thomas Archer, Esquire
Counsel for Creditor                  Counsel for Debtors

END OF ORDER.