UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
HLADIK, ONORATO & FEDERMAN, LLP
Stephen M. Hladik, Esquire
NJ Attorney ID # 047471992
Attorney for Movant
298 Wissahickon Avenue
North Wales, PA 19454
(215) 855-9521
Attorneys for GODY PROPS, LLC

Order Filed on December 20, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey

In Re:

KARL KRAMER and DAWN KRAMER,

Debtors.

Case No. 17-19125-JNP

Hearing Date 12/20/17 @ 9:00 AM

Judge: Jerrold N. Poslusny

## ORDER RESOLVING GODY PROPS, LLC'S OBJECTION TO CONFIRMATION OF THE PLAN

The relief set forth the on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

Dated:

**DATED: December 20, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtors: KARL KRAMER and DAWN KRAMER Case No. 17-19125-JNP
Caption: Order Resolving Gody Props, LLC's Objection to Confirmation of the Plan

Upon consideration of Gody Props LLC's Objection to Confirmation of the Plan (hereinafter "Movant" or "Creditor") and the Court noting the consent of the parties to the form, substance and entry of the within Order; it is hereby;

**ORDERED** as follows:

1. The secured creditor, Gody Props, LLC (hereinafter "Movant" or "Creditor") holds a secured second mortgage claim against the Debtors' property, located at: 5420 Garfield Avenue, Pennsauken, NJ 08109.

2. Debtors shall pay Movant the amount of $200.00 per month, outside the plan, for a period of 40 months, beginning with a payment due on January 1, 2018, and on the first of each month thereafter, through and including April 1, 2021, for a total amount of $8,000.00.

3. There shall be no pre-payment penalty.

4. Movant agrees that the lien will be released upon receipt of the full $8,000.00.

5. If the Debtors should default and fail to make the payments stated herein, then upon certification of non-receipt of said payments in accordance herewith, the Creditor may give Debtors and Debtors' counsel notice of the default. If Debtors do not cure the default within ten (10) days of the notice, Movant may file with the Bankruptcy Court a certification specifying the Debtors' failure to comply with the terms of this Order, and the Court shall enter an Order, vacating the automatic stay of 11 U.S.C. §362(a).

6. This settlement shall be void upon the dismissal or conversion of this case.

7. This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

I/we consent to the form and entry of this Order.

/s/Stephen M. Hladik
Stephen M. Hladik, Esquire
Counsel for Creditor

/s/ Andrew Thomas Archer
Andrew Thomas Archer, Esquire
Counsel for Debtors

END OF ORDER.

United States Bankruptcy Court
District of New Jersey

In re:  
Karl Kramer  
Dawn Kramer  
    Debtors

Case No. 17-19125-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Dec 20, 2017  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2017.  
db/jdb         +Karl Kramer,    Dawn Kramer,    5420 Garfield Avenue,    Pennsauken, NJ 08109-1130

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2017                                                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2017 at the address(es) listed below:

           Andrew Thomas Archer     on behalf of Debtor Karl Kramer aarcher@brennerlawoffice.com,  
            bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com  
           Andrew Thomas Archer     on behalf of Joint Debtor Dawn Kramer aarcher@brennerlawoffice.com,  
            bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com  
           Denise E. Carlon     on behalf of Creditor    GSAA Home Equity Trust 2005-14, U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
           Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
           Laura M. Egerman     on behalf of Creditor    Nationstar Mortgage LLC bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
           Stephen M. Hladik     on behalf of Creditor    Gody Props LLC shladik@hoplawyers.com, gcaldiero@hoplawyers.com  
           U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                       TOTAL: 8