# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:

Karl Kramer
Dawn Kramer

Case No.: 17-19125

Hearing Date: August 7, 2018

Chapter: 13

Judge: JNP

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable Jerrold N. Poslusny Jr., United States Bankruptcy Judge.

**Reason for Hearing:** Objection to Creditor's Certification of Default

**Location of Hearing:** Courtroom No. 4-C
Mitchell H. Cohen U.S. Courthouse
400 Cooper Street
Camden, NJ 08101

**Date and Time:** August 7, 2018 at 10:00 a.m., or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:** ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

DATE: July 9, 2018

JEANNE A. NAUGHTON, Clerk

By: /s/ Darlene E. Fitzgerald
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on July 9, 20 18 this notice was served on the following: Debtor, Attorney for Debtor, Attorney for Creditor, Trustee, US Trustee

JEANNE A. NAUGHTON, Clerk

By: /s/ Darlene E. Fitzgerald
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Karl Kramer  
Dawn Kramer  
    Debtors

Case No. 17-19125-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jul 09, 2018  
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2018.  
db/jdb        +Karl Kramer,   Dawn Kramer,   5420 Garfield Avenue,   Pennsauken, NJ 08109-1130

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2018 at the address(es) listed below:

       Andrew Thomas Archer     on behalf of Debtor Karl  Kramer aarcher@brennerlawoffice.com,  
        bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com  
       Andrew Thomas Archer     on behalf of Joint Debtor Dawn  Kramer aarcher@brennerlawoffice.com,  
        bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com  
       Denise E. Carlon     on behalf of Creditor    GSAA Home Equity Trust 2005-14, U.S. Bank National  
        Association, as Trustee, successor in interest to Wachovia Bank, National Association, as  
        Trustee dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
       Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com  
       Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,  
        summarymail@standingtrustee.com  
       Laura M. Egerman     on behalf of Creditor    Nationstar Mortgage LLC bkyecf@rasflaw.com,  
        bkyecf@rasflaw.com;legerman@rasnj.com  
       Stephen M. Hladik     on behalf of Creditor    Gody Props LLC shladik@hoplawyers.com,  
        pfranz@hoflawgroup.com  
       U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                        TOTAL: 8