Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                       Case No.: 17–19125–JNP
                       Chapter: 13
                       Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Karl Kramer | Dawn Kramer |
| 5420 Garfield Avenue | 5420 Garfield Avenue |
| Pennsauken, NJ 08109 | Pennsauken, NJ 08109 |

Social Security No.:
  xxx–xx–6964                              xxx–xx–3962

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:            October 8, 2019
Time:           10:00 AM
Location:      4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*62* – Certification in Opposition to (related document:61 Creditor's Certification of Default (related document:46 Motion for Relief from Stay re: 5420 Garfield Avenue, Pennsauken Township, New Jersey 08109. Fee Amount $ 181. filed by Creditor GSAA Home Equity Trust 2005–14, U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee, 50 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of GSAA Home Equity Trust 2005–14, U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee. Objection deadline is 09/9/2019. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) filed by Creditor GSAA Home Equity Trust 2005–14, U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee) filed by Andrew Thomas Archer on behalf of Dawn Kramer, Karl Kramer. (Archer, Andrew)

and transact such other business as may properly come before the meeting.

Dated: September 10, 2019
JAN: eag

                                                                              Jeanne Naughton
                                                                                Clerk