Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  17−19125−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Karl Kramer
5420 Garfield Avenue
Pennsauken, NJ 08109

Dawn Kramer
5420 Garfield Avenue
Pennsauken, NJ 08109

Social Security No.:
xxx−xx−6964

xxx−xx−3962

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:         October 8, 2019
Time:         10:00 AM
Location:     4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*62* − Certification in Opposition to (related document:61 Creditor's Certification of Default (related document:46 Motion for Relief from Stay re: 5420 Garfield Avenue, Pennsauken Township, New Jersey 08109. Fee Amount $ 181. filed by Creditor GSAA Home Equity Trust 2005−14, U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee, 50 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of GSAA Home Equity Trust 2005−14, U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee. Objection deadline is 09/9/2019. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) filed by Creditor GSAA Home Equity Trust 2005−14, U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee) filed by Andrew Thomas Archer on behalf of Dawn Kramer, Karl Kramer. (Archer, Andrew)

and transact such other business as may properly come before the meeting.

Dated: September 10, 2019
JAN: eag

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-19125-JNP
Karl Kramer                                                             Chapter 13
Dawn Kramer
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 1              Date Rcvd: Sep 10, 2019
                               Form ID: 173             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 12, 2019.
db/jdb         +Karl Kramer,    Dawn Kramer,    5420 Garfield Avenue,    Pennsauken, NJ 08109-1130

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 10, 2019 at the address(es) listed below:
              Andrew Thomas Archer    on behalf of Debtor Karl  Kramer aarcher@spillerarcherlaw.com,
               bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
              Andrew Thomas Archer    on behalf of Joint Debtor Dawn  Kramer aarcher@spillerarcherlaw.com,
               bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    GSAA Home Equity Trust 2005-14, U.S. Bank National
               Association, as Trustee, successor in interest to Wachovia Bank, National Association, as
               Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Stephen M. Hladik    on behalf of Creditor    Gody Props LLC shladik@hoplawyers.com,
               pfranz@hoflawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 8