| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Karl Kramer <br> First Name  Middle Name  Last Name | Social Security number or ITIN xxx–xx–6964 <br> EIN __–_____ |
| Debtor 2 <br> (Spouse, if filing) | Dawn Kramer <br> First Name  Middle Name  Last Name | Social Security number or ITIN xxx–xx–3962 <br> EIN __–_____ |
| United States Bankruptcy Court  District of New Jersey | | |
| Case number: 17–19125–JNP | | |

# Order of Discharge    12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Karl Kramer                                  Dawn Kramer

7/13/22                                      **By the court:** Jerrold N. Poslusny Jr.
                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Karl Kramer  
Dawn Kramer  
    Debtors

Case No. 17-19125-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1       User: admin       Page 1 of 3  
Date Rcvd: Jul 13, 2022       Form ID: 3180W       Total Noticed: 39

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Karl Kramer, Dawn Kramer, 5420 Garfield Avenue, Pennsauken, NJ 08109-1130 |
| 516830817 | + | Advocare, PO Box 3001, Voorhees, NJ 08043-0598 |
| 516830818 | + | Family Care Associates, 6705 Park Avenue, Merchantville, NJ 08109-2480 |
| 516806404 | + | Financial Recoveries, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 516830819 | + | Gody Props LLC, c/o Hladik Onorado and Betterman, 298 Wissahickon Avenue, North Wales, PA 19454-4156 |
| 517044696 | + | JPMorgan Chase Bank, PO Box 9505 AZ1-1191, Phoenix, AZ 85068-9505 |
| 517124334 | + | Keely Kramer, 224 Keyston Avenue, Blackwood, NJ 08012-4710 |
| 516830820 | + | Kennedy Medical Group Practice, PO Box 95000, Philadelphia, PA 19195-0001 |
| 516830821 | + | Regional Women's Health Group, PO Box 536, Voorhees, NJ 08043-0536 |
| 516806414 | + | Young, Marr & Associates, LLC, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 13 2022 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 13 2022 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Jul 13 2022 20:50:00 | Nationstar Mortgage LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487, UNITED STATES 33487-2853 |
| 516806397 | | EDI: CAPITALONE.COM | Jul 14 2022 00:43:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 516806394 | + | EDI: CAPITALONE.COM | Jul 14 2022 00:43:00 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 516806396 | + | EDI: CAPITALONE.COM | Jul 14 2022 00:43:00 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 516806400 | + | EDI: CITICORP.COM | Jul 14 2022 00:43:00 | Citibank, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 516806402 | | EDI: DISCOVER.COM | Jul 14 2022 00:43:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 516815382 | | EDI: DISCOVER.COM | Jul 14 2022 00:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516806401 | + | EDI: DISCOVER.COM | Jul 14 2022 00:43:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 516806403 | ^ | MEBN | | |

Case 17-19125-JNP   Doc 84   Filed 07/15/22   Entered 07/16/22 00:14:07   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 13, 2022 | Form ID: 3180W | Total Noticed: 39 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jul 13 2022 20:46:12 | Financial Recoveries, 200 E Park Dr Ste 100, Mount Laurel, NJ 08054-1297 |
| 516806398 | | EDI: JPMORGANCHASE | Jul 14 2022 00:43:00 | Chase Auto Finance, National Bankruptcy Dept, 201 N Central Ave Ms Az1-1191, Phoenix, AZ 85004 |
| 516806399 | | EDI: JPMORGANCHASE | Jul 14 2022 00:43:00 | Chase Auto Finance, Po Box 901003, Ft Worth, TX 76101 |
| 517031768 | | EDI: JPMORGANCHASE | Jul 14 2022 00:43:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. BOX 901032, Ft. Worth, TX 76101-2032 |
| 516806408 | | Email/Text: nsm_bk_notices@mrcooper.com | Jul 13 2022 20:50:00 | Nationstar Mortgage LLC, 350 Highland Dr, Lewisville, TX 75067 |
| 517180780 | + | Email/Text: RASEBN@raslg.com | Jul 13 2022 20:50:00 | Nationstar Mortgage LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Ste 100, Boca Raton, FL 33487-2853 |
| 516933080 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 13 2022 20:50:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Dept., PO Box 619094, Dallas, TX 75261-9094 |
| 516826582 | + | Email/Text: RASEBN@raslg.com | Jul 13 2022 20:50:00 | Nationstar Mortgage LLC, c/o Robertson, Anschutz & Schneid, P.L., Bankruptcy Department, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 516806407 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 13 2022 20:50:00 | Nationstar Mortgage LLC, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 516806409 | + | EDI: NFCU.COM | Jul 14 2022 00:43:00 | Navy Federal Cr Union, Po Box 3700, Merrifield, VA 22119-3700 |
| 516868859 | + | EDI: NFCU.COM | Jul 14 2022 00:43:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 517031463 | | EDI: PRA.COM | Jul 14 2022 00:43:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.A., POB 41067, Norfolk VA 23541 |
| 517033821 | | EDI: PRA.COM | Jul 14 2022 00:43:00 | Portfolio Recovery Associates, LLC, c/o Household Bank, POB 41067, Norfolk VA 23541 |
| 516806410 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 13 2022 20:50:00 | Specialized Loan Servicing/SLS, Attn: Bankruptcy, Po Box 636005, Littleton, CO 80163-6005 |
| 516806411 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 13 2022 20:50:00 | Specialized Loan Servicing/SLS, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 516857389 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 13 2022 20:50:00 | U.S. Bank National Association,Trustee(See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 516952535 | | EDI: WFCCSBK | Jul 14 2022 00:43:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 516806413 | | EDI: WFFC.COM | Jul 14 2022 00:43:00 | Wells Fargo Home Projects Visa, Cscl Dispute Team N8235-04m, Des Moines, IA 50306 |
| 516806412 | + | EDI: WFHOME | Jul 14 2022 00:43:00 | Wells Fargo Home Projects Visa, Written Correspondence Resolutions, Mac#X2302-04c Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516830822 | | Kelly Kramer, NO ADDRESS PROVIDED, RETURN TO DEBTOR |

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 13, 2022 | Form ID: 3180W | Total Noticed: 39 |

| 516806406 | | Mortgage | |
|---|---|---|---|
| cr | *+ | Nationstar Mortgage LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 516806395 | *+ | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 516806405 | *+ | Financial Recoveries, 200 E Park Dr Ste 100, Mount Laurel, NJ 08054-1297 |
| 518515535 | *+ | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 2 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2022          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Thomas Archer | on behalf of Joint Debtor Dawn Kramer aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com |
| Andrew Thomas Archer | on behalf of Debtor Karl Kramer aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor GSAA Home Equity Trust 2005-14  U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Laura M. Egerman | on behalf of Creditor Nationstar Mortgage LLC bkyecf@rasflaw.com  bkyecf@rasflaw.com;legerman@raslg.com |
| Stephen M. Hladik | on behalf of Creditor Gody Props LLC shladik@hoplawyers.com  ckohn@hoflawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8